UNITED STATES BANKRUPTCY COURT
Western District of Missouri

In re:                          )
                                ) Case No. 18-42737
Lavette Trotter,                )
            Debtor,             ) Chapter 13

### DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN

Comes Now Debtor, Lavette Trotter, by and through her attorney of record, Jason C. Amerine, and amends her Chapter 13 Plan to reflect the following:

1. Debtor's Chapter 13 Plan payments shall INCREASE to $2,050.00/month.
2. Debtor has agreed to this amended plan via email.
3. All other provisions of Debtor's Chapter 13 Plan are to remain the same.

Respectfully Submitted,

Castle Law Office of Kansas City

By: /s/Jason C. Amerine
Jason C. Amerine #50857
811 Grand Blvd., Ste 101
Kansas City, MO 64106
Phone:  816-842-6200
Fax:  816-421-5403
mo-ecf@castlelaw-kc.com
Attorney for Debtor

## Certificate of Service

    The undersigned hereby certifies that a true and accurate copy of the foregoing was served first-class mail, postage prepaid, or via electronic filing on the following parties this January 15, 2021.

                                          /s/Jason C. Amerine
                                          Jason C. Amerine #50857

Richard V. Fink
Chapter 13 Trustee
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108