# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  **LAVETTE YVONNE TROTTER**

                                                    Case No.:  **18-42737-can-13**

          **Debtor**

### NOTICE OF FILING FINAL REPORT AND ACCOUNT
### OF CHAPTER 13 TRUSTEE

On April 09, 2022, Richard V. Fink, Standing Chapter 13 Trustee, filed a Final Report and Account and has requested that the Court enter a final order discharging him as trustee, discharging him from liability on his bond, and closing the estate of the above-named debtor(s) (ECF Document 227).

On April 10, 2022, Court entered an Order Approving Final Account of Chapter 13 Trustee and discharging the Chapter 13 Trustee as trustee of the estate (ECF Document 228).

Pursuant to Fed. R. Bankr. P. 5009(a), if within 30 days of the filing of the Final Report and Account no objection has been filed, there shall be a presumption that the estate has been fully administered. Pleadings can be filed electronically at http://ecf.mowb.uscourts.gov. Parties not represented by an attorney may mail a pleading to Court at 400 E. 9th St., Room 1510, Kansas City, MO 64106.


          April 11, 2022

                                        Respectfully submitted,

                                        /s/ Richard V. Fink, Trustee

                                        Richard V. Fink, Trustee
                                        2345 Grand Blvd., Ste. 1200
                                        Kansas City, MO 64108-2663
                                        (816) 842-1031


### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

ALL PARTIES BASED ON THE MOST RECENT MATRIX FILED AT COURT
IRS INSOLVENCY SUPERVISORY REVENUE OFFICER (455200)
US ATTORNEY (75200)
US DEPARTMENT OF JUSTICE (561523)

                                        /s/ Richard V. Fink, Trustee

                                                                    JM/Notice - Final Report