# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: LAVETTE YVONNE TROTTER  CASE NUMBER: 1842737
DEBTOR 2 NAME:

I    Robert J Wallace, Jr.    certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on   4/12/2022   :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

AD ASTRA RECOVERY,7330 W 33RD STREET N,STE 118,WICHITA KS 67205
ADVANCE AMERICA CASH ADVANCE CENTERS OF MO,135 NORTH CHURCH STREET,SPARTANBURG SC 29306
ADVANCE AMERICA,3517 S NOLAND RD,INDEPENDENCE MO 64055
AFFILIATED ACCEPTANCE CORP,14443 N STATE HIGHWAY 5,SUNRISE BEACH MO 65079
AFNI,ATTN BANKRUPTCY,PO BOX 3097,BLOOMINGTON IL 61702
AT&T CORP,% AT&T SERVICES INC,KAREN A CAVAGNARO - LEAD PARALEGAL ONE AT&T WAY ROOM 3A104,BEDMINSTER NJ 07921
AXCESS FINANCIAL,7755 MONTOGOMERY RD,SUITE 400,CINCINNATI OH 45236
CHECK & GO,13700 E 40 HWY,INDEPENDENCE MO 64055
COMM AMER CU,ATTN BANKRUPTCY DEPARTMENT,9777 RIDGE DR,LENEXA KS 66219
COMMUNITYAMERICA CREDIT UNION,9777 RIDGE DRIVE,LENEXA KS 66219
DIRECTV LLC,BY AMERICAN INFOSOURCE AS AGENT,PO BOX 5008,CAROL STREAM IL 60197-5008
ERC/ENHANCED RECOVERY CORP,ATTN BANKRUPTCY,8014 BAYBERRY ROAD,JACKSONVILLE FL 32256
GAMACHE & MYERS,1000 CAMERA AVENUE,STE A,SAINT LOUIS MO 63126
INTERNAL REVENUE SERVICE,PO 37008,HARTFORD CT 06176
IRS INSOLVENCY SUPERVISORY REVENUE OFFICER,ADVISORY/ INSOLVENCY SB / SE T7 GRP 6,2850 NE INDEPENDENCE AVE,LEES SUMMIT MO 64064
JASON C AMERINE,CASTLE LAW,811 GRAND BLVD SUITE 101,KANSAS CITY MO 64106
LAVETTE YVONNE TROTTER,1824 EAST 49TH,KANSAS CITY MO 64130
LEES CHINESE MARTIAL ARTS,9909 E 63RD ST G,KANSAS CITY MO 64133
LEND NATION,2221 N M-291 HIGHWAY,INDEPENDENCE MO 64055
LOANME INC,ATTN BANKRUPTCY,PO BOX 5648,ORANGE CA 92863
LVNV FUNDING LLC,PO BOX 10587,GREENVILLE SC 29603-0587
LVNV FUNDING/RESURGENT CAPITAL,PO BOX 10497,GREENVILLE SC 29603
MARINER FINANCE LLC,8211 TOWN CENTER DRIVE,NOTTINGHAM MD 21236
MARINER FINANCE-HAMI,8211 TOWN CENTER DR,NOTTINGHAM MD 21236
MISSOURI DEPARTMENT OF REVENUE,BANKRUPTCY UNIT,PO BOX 475,JEFFERSON CITY MO 65105
MODOR,PO BOX 1008,JEFFERSON CITY MO 65105
MONEY WITH MEANING FUND LLC,C/O PROBER & RAPHAEL A LAW CORPORATION,20750 VENTRA BLVD,WOODLAND HILLS CA 91316
MRTBROKRGE,25331 1H 10 WEST,SAN ANTONIO TX 78257
NATIONAL CREDIT ADJUSTERS LLC,327 W 4TH AVE,PO BOX 3023,HUTCHINSON KS 67504
ONXY & SHDOW EQUITIES LLC C/O BIFI LOAN SERV,C/O MICHAEL P GAUGHAN,10484 MARTY ST,OVERLAND PARK KS 66212
ONYX & SHADOW EQUITIES LLC,C/O ALLIED SERVICING CORPORATION,P O BOX 13245,SPOKANE VLY WA 99213
ONYX SHADOW EQUITIES LLC,C/O BIFI LOAN SERVICING LLC,490 SCHOOLEYS MOUNTAIN RD STE 7,HACKETTSTOWN NJ 07840
QC FINANCIAL SERVICES INC DBA LEND NATION,PO BOX 14948,LENEXA KS 66285
QUANTUM3 GROUP LLC AS AGENT FOR,ACE CASH EXPRESS INC,PO BOX 788,KIRKLAND WA 98083-0788
SN SERVICING CORPORATION,323 5TH STREET,EUREKA CA 95501
SN SERVICING CORPORATION,323 FIFTH STREET,EUREKA CA 95501
SN SERVICING CORPORATION,4150 S SHERWOOD FOREST BLVD,BATON ROUGE LA 70816
SOUTHWESTERN BELL TELEPHONE COMPANY,% AT&T SERVICES INC,KAREN A CAVAGNARO - LEAD PARALEGAL ONE AT&T WAY ROOM 3A104,BEDMINSTE
SUNRISE CREDIT SERVICES INC,ATTN BANKRUPTCY,260 AIRPORT PLAZA,FARMINGDALE NY 11735
SUNRISE CREDIT SERVICES,260 AIRPORT PLAZA,FARMINGDALE NY 11735-3946
TRU GREEN,1740 N REYNOLDS AVE,KANSAS CITY MO 64120
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106
US DEPARTMENT OF JUSTICE,ATTN: ATTORNEY GENERAL,950 PENNSYLVANIA AVE NW,WASHINGTON DC 20530-0001
WORLD ACCEPTANCE CORP,ATTN  BANKRUPTCY DEPT,PO BOX 6429,GREENVILLE SC 29606

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :   4/12/2022         Signature : _____Robert J. Wallace Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Case: 18-42737

Name: LAVETTE YVONNE TROTTER

Date: 4/10/2022

Doc#: 228

Order Approving Final Account of Chapter 13 Trustee

The final account of the chapter 13 Trustee and closing of the chapter 13 estate due to prior Dismissal is hereby APPROVED. The estate of the above named debtor(s) has been fully administered and the chapter 13 Trustee is discharged as trustee of the estate.

It is so ORDERED by /s/ Cynthia A. Norton.

 This Notice of Electronic Filing is the Official ORDER for this Entry. No document is attached. (Related Doc # 227 ). (ADIclerk)